**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-7173**

ROBERT Z. WHIPPLE, III,

        Petitioner - Appellant,

    v.

WARDEN KATINA HECKARD; W. HOLZAPFEL,

        Respondents - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Frank W. Volk, District Judge.  (5:23-cv-00416)

Submitted:  May 3, 2024                                      Decided:  July 11, 2024

Before GREGORY, RICHARDSON, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Z. Whipple, III, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Z. Whipple, III, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Whipple's 28 U.S.C. § 2241 petition in which Whipple challenged the conditions of his confinement. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Whipple v. Heckard*, No. 5:23-cv-00416 (S.D.W. Va. Nov. 2, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*